IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CV-484-F

| | | |
|---|---|---|
| OTIS C. FIELDS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **O R D E R** |
| TOWN OF CLAYTON, | ) ) | |
| Defendant. | ) ) | |

This cause comes before the Court upon the parties' joint motion to amend the scheduling order in this matter (DE-14). For good cause shown, this request is GRANTED. The scheduling order in this matter is modified to include the following:

1. Discovery shall be concluded by January 3, 2011.

2. All dispositive motions shall be due by February 3, 2011.

3. The trial date in this matter shall remain unchanged.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Tuesday, November 30, 2010.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE